RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
OCT 2 2 2026
DANIEL J. McCOY, CLERK
BY: LaComie

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA 2:26-MJ-00251

VERSUS MAGISTRATE JUDGE LEBLANC

JOSE FRANCISCO CHAVARRIA-ROQUE,

Defendant

______________________________________/

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Robert Sheffield, being duly sworn, deposes and says that:

1. I am a Deportation Officer with the United States Department of Homeland Security, hereafter referred to as DHS, Immigration and Customs Enforcement, hereafter referred to as ICE. I have been so employed since December of 2009.

2. As a part of my duties at ICE, I have investigated violations of the Immigration and Nationality Act and other violations of Titles 8 and 18 of the United States Code.

3. I make this affidavit in support of a Criminal Complaint charging **Jose Francisco CHAVARRIA-Roque (CHAVARRIA)** with violating Title 8, United States Code, Section 1326(a) regarding the re-entry of previously deported or removed aliens.

4. The statements in this affidavit are based upon my own knowledge, my review of ICE's official records, and upon information that I obtained from other law enforcement officers involved with this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included

every fact known to me concerning this investigation. I have set forth only facts that I believe are necessary to establish probable cause for the violations stated above.

## PROBABLE CAUSE

5. **CHAVARRIA** is a citizen and national of Honduras. **CHAVARRIA** has been assigned an Alien Registration Number 205 291 593 by the United States Citizenship and Immigration Services (USCIS). Due to his criminal history, **CHAVARRIA** has been assigned UNC Number 250603RD 3.

6. **CHAVARRIA** refused to provide his address during his biographical interview, however initially claimed to live in Texas.

7. **CHAVARRIA** is an alien who has been previously removed, as will be explained in more detail below.

8. Title 8, United States Code, Section 1326(a) makes it a crime for an alien who (1) has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter (2) enters, attempts to enter, or is at any time found in the United States, unless (A) prior to his re-embarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act.

## PRIOR IMMIGRATION/REMOVAL HISTORY

9. A review of **CHAVARRIA's** immigration history reveals **CHAVARRIA** has been removed from the United States on one prior occasion:

10. On July 30, 2012, ICE Houston arrested **CHAVARRIA** near Conroe, Texas and issued **CHAVARRIA** a Warrant of Arrest / Notice to Appear.

11. On August 9, 2012, the Immigration Judge in Conroe, Texas ordered **CHAVARRIA** removed from the United States to Honduras.

12. On August 20, 2012, ICE AIR removed **CHAVARRIA** from the United States to Honduras.

13. On October 17, 2026, ICE Lafayette arrested **CHAVARRIA** in Jennings, Louisiana.

14. ICE Lafayette placed **CHAVARRIA** into custody at Pine Prairie ICE Processing Center pending Removal to Honduras.

15. Additional record checks of DHS databases indicate **CHAVARRIA** did not apply for, nor was granted, express permission from the Attorney General or Secretary of DHS to re-enter the United States.

16. During processing ICE Lafayette confirmed **CHAVARRIA**'s correct identity using biometrics including fingerprints.

## CRIMINAL HISTORY

17. A review of **CHAVARRIA's** criminal history reveals the following criminal encounters.

18. On July 22, 2012, the Conroe, Texas Police Department arrested **CHAVARRIA** for Possession of a Prohibited Weapon.

19. On July 27, 2012, the Montgomery County, Texas, Court of Law #5 convicted **CHAVARRIA** of Possession of a Prohibited Weapon and sentenced him to ten (10) days incarceration.

20. On October 17, 2026, the Jennings, Louisiana Police Department cited **CHAVARRIA** for Traffic Violations. Disposition pending.

## MOST RECENT ENCOUNTER IN THE UNITED STATES

21. On October 17, 2026, **CHAVARRIA** was found present in Jennings, Louisiana, within the Western District of Louisiana (Lake Charles), without prior authorization or approval from the Secretary of the Department of Homeland Security. Specifically, on this date, **CHAVARRIA** was arrested by ICE Lafayette for violation of INA 212(a)(9), Re-Entry of Removed Alien.

## CONCLUSION

22. Based on the foregoing, there is probable cause to believe **CHAVARRIA**, violated Title 8, United States Code, Section 1326(a) regarding the re-entry of previously deported or removed aliens.

**Robert Sheffield**
Affiant

SWORN BEFORE ME THIS 22nd day of October, 2026, at Lake Charles, Louisiana.

**Thomas P. LeBlanc**
United States Magistrate Judge